STATE OF NEW JERSEY v. LUIS RIVERA.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TAALIB DIN NAJI.

February 13, 1986.

Petition for certification denied.   (See 205 *N.J.Super.* 208)

STATE OF NEW JERSEY v. GEORGE JASUILEWICZ.

February 13, 1986.

Petition for certification denied.   (See 205 *N.J.Super.* 558)

STATE OF NEW JERSEY v. CARLOS RAMOS.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE WILLIAMS.

February 13, 1986.

Petition for certification denied.